*982 ante, p. 921;
534 U. S. 837;
ante, p. 957;
ante, p. 856;
535 U. S. 988;
535 U. S. 1035;
ante, p. 266;
535 U. S. 1112;
ante, p. 904;
535 U. S. 1113;
ante, p. 940;
ante, p. 941;
535 U. S. 1000;
535 U. S. 1021;
535 U. S. 977;
535 U. S. 1038;
535 U. S. 1038;
*983 No. 01-8718.
No. 01-8719.
No. 01-8860.
No. 01-9104.
No. 01-9126.
No. 01-9153.
No. 01-9360.
No. 01-9481.
No. 01-9482.
No. 01-9506.
No. 01-9555.
No. 01-9613.
No. 01-9626.
No. 01-9658.
No. 01-9672.
No. 01-9713.
No. 01-9774.
No. 01-9783.
No. 01-9839.
No. 01-9842.
No. 01-9864.
No. 01-9886.
No. 01-9898.
No. 01-9906.
No. 01-9922.
No. 01-9949.
No. 01-10060.
535 U. S. 979;
535 U. S. 1002;
535 U. S. 1080;
ante, p. 925;
535 U. S. 1084;
ante, p. 942;
ante, p. 964;
535 U. S. 1033;
ante, p. 907;
ante, p. 908;
ante, p. 909;
ante, p. 926;
ante, p. 927;
535 U. S. 1087;
ante, p. 928;
ante, p. 910;
535 U. S. 1089;
ante, p. 938;
ante, p. 946;
535 U. S. 1106;
ante, p. 930;
ante, p. 965;
ante, p. 965;
ante, p. 911;
ante, p. 966;
ante, p. 967;
ante, p. 967;
*984 No. 01-10071.
No. 01-10248.
ante, p. 933. Petitions for rehearing denied.